```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

CHI HO MAK,

    Petitioner,

vs.                          CASE NO.4:13-CV-143-CDL

ACTING WARDEN DENNIS HASTY,

    Respondent.

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal of the Magistrate Judge filed November 4, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 22nd day of November, 2013.

                                            s/Clay D. Land
                                                CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE